Alla Gulchina, NJ #003732010
alla@pricelawgroup.com
**PRICE LAW GROUP, APC**
86 Hudson Street
Hoboken, NJ 07030
T: (818) 600-5566
F: (818) 600-5466
*Attorneys for Plaintiff,*
*Lisa Parker*

Daniel JT McKenna**,** NJ #025462004
mckennad@ballardspahr.com
**BALLARD SPAHR LLP**
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
T: (856) 761-3400
F: (856) 761-1020
*Attorneys for Defendant,*
*Capital One Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| LISA PARKER,<br><br>            Plaintiff,<br><br>       v.<br><br>CAPITAL ONE BANK, N.A.,<br><br>            Defendant. | **Case No. 2:18-cv-16040-WHW-CLW**<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that on this day, Plaintiff Lisa Parker, by and

through her attorneys Price Law Group, APC, and Defendant Capital One Bank, N.A.,

by and through its attorneys Ballard Spahr LLP, hereby stipulate and agree that the

above-entitled matter be dismissed with prejudice. It is further stipulated that the parties shall each bear their own attorneys' fees and costs.

Respectfully submitted this 7th day of August 2019.

| PRICE LAW GROUP, APC | BALLARD SPAHR LLP |
|---|---|
| By: */s/ Alla Gulchina*<br>Alla Gulchina, NJ #003732010<br>alla@pricelawgroup.com<br>86 Hudson Street<br>Hoboken, NJ 07030<br>T: (818) 600-5566<br>F: (818) 600-5466<br><br>*Attorneys for Plaintiff,*<br>*Lisa Parker* | By: */s/ Daniel JT McKenna*<br>Daniel JT McKenna, NJ #025462004<br>mckennad@ballardspahr.com<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002-1163<br>T: (856) 761-3400<br>F: (856) 761-1020<br><br>*Attorneys for Defendant,*<br>*Wells Fargo Bank, N.A.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                                PRICE LAW GROUP, APC

                                                */s/ Justin Freedman*