1  Alla Gulchina, NJ #003732010
alla@pricelawgroup.com
2  **PRICE LAW GROUP, APC**
86 Hudson Street
3  Hoboken, NJ 07030
T: (818) 600-5566
4  F: (818) 600-5466
*Attorneys for Plaintiff,*
5  *Lisa Parker*

6

Daniel JT McKenna, NJ #025462004
7  mckennad@ballardspahr.com
**BALLARD SPAHR LLP**
8  210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
9  T: (856) 761-3400
10  F: (856) 761-1020
*Attorneys for Defendant,*
11  *Capital One Bank, N.A.*

**SO ORDERED.**

Hon. Esther Salas, U.S.D.J.

Dated: *August 8, 2019*

12
## UNITED STATES DISTRICT COURT
13  ## DISTRICT OF NEW JERSEY
## NEWARK DIVISION
14

15  LISA PARKER,

**Case No. 2:18-cv-16040-WHW-CLW**

16        Plaintiff,

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

17        v.

18  CAPITAL ONE BANK, N.A.,

19        Defendant.

20

21  **NOTICE IS HEREBY GIVEN** that on this day, Plaintiff Lisa Parker, by and

22  through her attorneys Price Law Group, APC, and Defendant Capital One Bank, N.A.,

23

by and through its attorneys Ballard Spahr LLP, hereby stipulate and agree that the
24

25

- 1 -

above-entitled  matter be dismissed with prejudice. It is further stipulated that the parties

shall each bear their own attorneys' fees and costs.


Respectfully submitted this 7th day of August 2019.

| PRICE LAW GROUP, APC | BALLARD SPAHR LLP |
|---|---|
| By: */s/ Alla Gulchina*<br>Alla Gulchina, NJ #003732010<br>alla@pricelawgroup.com<br>86 Hudson Street<br>Hoboken, NJ 07030<br>T: (818) 600-5566<br>F: (818) 600-5466<br><br>*Attorneys for Plaintiff,*<br>*Lisa Parker* | By: */s/ Daniel JT McKenna*<br>Daniel JT McKenna, NJ #025462004<br>mckennad@ballardspahr.com<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002-1163<br>T: (856) 761-3400<br>F: (856) 761-1020<br><br>*Attorneys for Defendant,*<br>*Wells Fargo Bank, N.A.* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I electronically filed the foregoing with

the Clerk of the Court using the ECF system, which will send notice of such filing to all

attorneys of record in this matter. Since none of the attorneys of record are non-ECF

participants, hard copies of the foregoing have not been provided via personal delivery or

by postal mail.


PRICE LAW GROUP, APC

*/s/ Justin Freedman*

- 2 -